UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Johnny R. Ruiz, Arturo Munoz, | § § | |
| Plaintiffs, | § | NO:  SA:14-CV-00478-DAE |
| vs. | § § | |
| Tier One Security, Incorporated, Shawn Fluitt, | § § § | |
| Defendants. | | |

ORDER SETTING MOTION HEARING

It is hereby ORDERED that the above entitled and numbered case is set for hearing on Plaintiffs' Motion to Dismiss Affirmative Defense (Dkt no. 9) before Senior United States District Judge David A. Ezra in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Monday, November 17, 2014 at 10:00 AM**.

IT IS SO ORDERED.

DATED: San Antonio, Texas August 27, 2014.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE