UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHNNY R. RUIZ and ARTURO MUNOZ | § § | |
| PLAINTIFFS | § | |
| v. | § | CIVIL ACTION NO. 5:14-cv-00478 DAE |
| TIER ONE SECURITY, INCORPORATED AND SHAWN FLUITT, | § § § | |
| DEFENDANTS | § | |

## DEFENDANTS' DESIGNATION OF TESTIFYING EXPERTS

Now Come Defendants Tier One Security, Incorporated and Shawn Fluitt and, pursuant to Federal Rule of Civil Procedure 26 (a)(2)(B) and the Court's Scheduling Order, hereby submits its designation of testifying experts.

1.  Testifying Expert Witnesses

Defendants name the following as their testifying expert witness:

John Heller
Plunkett & Griesenbeck
1635 N. E. Loop 410 #900
San Antonio, Texas 78209
(210) 734-7092

Mr. Heller will testify as to attorney's fees, rebuttal to Plaintiff's expert.  See attached Resume.

As the discovery process remains ongoing, Defendants hereby reserve the right to timely amend and/or supplement its designations and disclosures in accordance with this Court's Scheduling Order and the Federal Rules of Civil Procedure and the Local Rules, if necessary.

Respectfully submitted,

HOLLAND & HOLLAND, LLC
North Frost Center
1250 N.E. Loop 410, Suite 808
San Antonio, Texas  78209
Telephone:  (210) 824-8282
Facsimile:  (210) 824-8585

BY _____
Michael L. Holland
State Bar No. 09850750
Inez M. McBride
State Bar No. 13331700
Attorneys for Defendants

David W. Navarro
Hornberger, Sheehan, Fuller & Beiter, Inc.
The Quarry Heights Building
7373 Broadway, Suite 300
San Antonio, Texas 78209
Telephone:  (210) 271-1700
Facsimile:   (210) 271-1740
State Bar No. 24027683

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing instrument has been properly delivered pursuant to the *Federal Rules of Civil Procedure*, on the 23 day of December, 2014, to the following counsel of record:

Douglas B. Welmaker
Dunham & Jones, P.C.
1800 Guadalupe Street
Austin, Texas  78701

_____
Michael L. Holland
Inez McBride

P&G



# JOHN A. HELLER
MEMBER OF THE FIRM

E-Mail Address: jheller@pg-law.com

Practicing law is a matter of trust. Trust in your discretion, your judgment, your skills and your reputation. You can be the best lawyer in the world and you can give the best legal advice there is but if clients do not know whether to trust you, they are uncertain whether to follow your advice.

Attorneys are confidants, counselors and advocates. Clients share their secrets and count on you to protect those confidences. Clients ultimately make the decisions but you have to give them the best information and opinions you can. They don't have to take your advice but they have to hear it from you. It's your responsibility to give it.

It is so much better to help clients prevent problems than to defend them after problems occur. You hope to protect your clients so they won't need you to defend them. But when trouble does find them, clients have to be confident that you can both be their champion and you will provide them good counsel.

In this profession, you earn your reputation every day with your clients, your colleagues and the judges before whom you practice. Clients buy your time and talents but they enjoy the benefits of your reputation for competency and honesty. A lot of people trust you to zealously protect the quality of that reputation. You have to develop and protect that trust every day you practice.

Born St. Louis, Missouri. Admitted to Bar: 1976, Texas. Admitted to U.S. Court of Appeals, Fifth and Eleventh Circuits; U.S. District Court, Northern and Western Districts of Texas. Board Certified, Labor and Employment Law; 1986, Texas Board of Legal Specialization. Education: St. Mary's University (B.A., 1973); St. Mary's School of Law (J.D., 1975). Member: San Antonio Bar Association; State Bar of Texas.