UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHNNY R. RUIZ and<br>ARTURO MUNOZ<br><br>   PLAINTIFFS<br><br>v.<br><br>TIER ONE SECURITY,<br>INCORPORATED AND SHAWN<br>FLUITT,<br><br>   DEFENDANTS | § § § § § § § § § § § § § | CIVIL ACTION NO. 5:14-cv-00478 DAE |

**<u>STIPULATION OF DISMISSAL</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rule of civil Procedure 41(a)(1)(ii), Plaintiffs Johnny R. Ruiz and Arturo Munoz and Defendants Tier One Security, Incorporated and Shawn Fluitt voluntarily stipulate to the dismissal of all claims asserted in this case.   The parties further stipulate that this dismissal is with prejudice to refiling in the future.

Respectfully submitted,

Dunham & Jones, P.C.
1800 Guadalupe Street
Austin, Texas   78701
Telephone:   (512) 777-7777
Facsimile:    (512) 340-4051

BY/s Douglas B. Welmaker
      Douglas B. Welmaker
      State Bar No.   00788641
      Attorney for Plaintiff

– 2 –

HOLLAND & HOLLAND, LLC
North Frost Center
1250 N.E. Loop 410, Suite 808
San Antonio, Texas   78209
Telephone:   (210) 824-8282
Facsimile:   (210) 824-8585


BY/s Michael L. Holland
      Michael L. Holland
      State Bar No. 09850750
      Attorneys for Defendants

David W. Navarro
Hornberger, Fuller & Garza, Inc.
The Quarry Heights Building
7373 Broadway, Suite 300
San Antonio, Texas 78209
Telephone:   (210) 271-1700
Facsimile:    (210) 271-1740
State Bar No. 24027683